UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KRISTOPHER MORGAN                                                          PLAINTIFF

v.                                     No. 5:22-CV-5130

YOSITA PIHARA, Parole Officer, Phoenix House;
CLINT DOE, Director, Phoenix House; NICK DOE,
Director, Returning Home; DETECTIVE WILSON,
Springdale Police Department; DETECTIVE WRIGHT,
Springdale Police Department; MATTHEW DURRETT,
Prosecuting Attorney; DISTRICT COURT JUDGE MARK
LINDSAY; DISTRICT COURT JUDGE CASEY JONES;
JOHN OR JANE DOE (referred to as DD), Phoenix House;
PHOENIX HOUSE RENTALS; STATE OF ARKANSAS; and
KARAS HEALTH, Provider for Washington County Detention
Center                                                                DEFENDANTS

**<u>ORDER</u>**

The Court has received a report and recommendations (Doc. 10) from United States Magistrate Judge Christy Comstock. Plaintiff filed objections (Doc. 13). Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that Plaintiff's claims against certain defendants be dismissed without prejudice on the grounds that they are frivolous, fail to state claims upon which relief may be granted, or are against individuals immune from suit; the Magistrate Judge also permitted Plaintiff's claims against certain other defendants to proceed. The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the following claims are DISMISSED WITHOUT PREJUDICE:

- All claims against Clint Doe, Nick Doe, Prosecuting Attorney Matt Durrett, District Judge Casey Jones, District Judge Mark Lindsay, John or Jane Doe, Phoenix House Rentals, the State of Arkansas, and Karas Health; and
- The official capacity claims against Parole Officer Yosita Pihara.

Plaintiff's other claims remain pending, and this case remains referred.

IT IS SO ORDERED this 18th day of August, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE