IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KRISTOPHER MORGAN                                                                                           PLAINTIFF

v.                            Civil No. 5:22-cv-05130

YOSITA PHAYPANYA, Parole Officer, Phoenix House;
DETECTIVE WILSON, Springdale Police Department; and
DETECTIVE DANNY WRIGHT, Springdale Police Department                DEFENDANTS

## ORDER

Plaintiff has filed three Motions (ECF Nos. 15-17). In his Motion to Amend or Correct (ECF No. 16), Plaintiff first seeks to correct the spelling of the names of two of the Defendants. Plaintiff indicates Parole Officer Yosita Pihara should be Parole Officer Yosita Phaypanya. Additionally, Plaintiff indicates that Detective Wright should be changed to Detective Danny Wright. Plaintiff's Motion (ECF No. 16) to amend or correct is **granted in part. The Clerk is directed to make these changes to the style of the case.**

Next, Plaintiff seeks to add as Defendants in this case the following: Detective Nelson; Nurse Jeff Molen; Nurse John Beckham; Nurse Jolana Wilson; Nurse Sydney Simmons; Nurse Theresa Rothe; Nurse Kelly Hinely; EMT/Nurse Chuck Dominguez; Dr. Karas; Karas Correctional Health; Sheriff Tim Helder; County Judge Wood; Governor Asa Hutchinson; State of Arkansas; and the Washington County Detention Center. The claim remaining in this case involves the search of Plaintiff's property on April 27, 2022, by Parole Officer Phaypanya, Detective Wilson, and Detective Wright and the charges arising out of the search. No other claims exist. Plaintiff's Motion (ECF No. 16) to add these Defendants is **denied.** If Detective Nelson was involved in the search of his property, Plaintiff is directed to file a separate motion to add him

as a Defendant. Plaintiff is instructed he will have to file a separate lawsuit regarding his medical treatment while housed in the Washington County Detention Center. **The Clerk is directed to send the Plaintiff a § 1983 form complaint and *in forma pauperis* application.**

Furthermore, it would be futile to allow Plaintiff to add Governor Asa Hutchinson and the State of Arkansas as Defendants. Both would be immune from suit under the Eleventh Amendment. *Hafer v. Melo,* 502 U.S. 21, 25 (1991)("Suits against state officials in their official capacity . . . should be treated as suits against the State"); *Fryberger v. Univ. of Ark.,* 889 F.3d 471, 473 (8th Cir. 2018)(Eleventh Amendment establishes that "an unconsenting State is immune from suits brought in federal courts by her own citizens"). It would also be futile to allow the Plaintiff to add the Washington County Detention Center as a Defendant. The detention center is merely a building and is not subject to suit. *See e.g., Owens v. Scott Cnty. Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003) (per curiam) (county jails are not legal entities amenable to suit).

In his Motion for Copies of Kiosk Entries (ECF No. 15), Plaintiff asks for copies of his kiosk conversations with Nurse Kelly Hinely. As his medical treatment is not at issue in this case, the Motion (ECF No. 15) is **denied.**

In his Motion for an Injunction regarding raw sewage (ECF No. 17), Plaintiff is complaining about the conditions under which he is confined in the Washington County Detention Center. Plaintiff's conditions of confinement are not at issue in this case. The Motion (ECF No. 17) is **denied.**

**IT IS SO ORDERED** this 23rd day of August 2022.

*s/* Christy Comstock
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE