UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KRISTOPHER MORGAN                                                PLAINTIFF

v.                          No. 5:22-cv-5130

PAROLE OFFICER YOSITA PHAYPANYA;
CLINT DOE, Director, Phoenix House; NICK DOE,
Director, Returning Home; DETECTIVE CHAD
WILSON; DETECTIVE DONNY WRIGHT;
DETECTIVE ROBERT NELSON
                                                                           DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 69) from United States Magistrate Judge Christy Comstock. Plaintiff filed objections (Docs. 80, 82). Defendant Yosita Phaypanya filed a motion (Doc. 45) to dismiss for failure to state a claim, and Plaintiff responded in opposition (Docs. 55, 56). The Magistrate Judge recommends that Plaintiff's individual-capacity claims against Defendant Phaypanya be dismissed based on qualified immunity. The Court has conducted a *de novo* review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Phaypanya are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of January, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE