IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KRISTOPHER MORGAN                                                                                    PLAINTIFF

v.                            Civil No. 5:22-cv-05130

YOSITA PHAYPANYA, Parole Officer,
Phoenix House; DETECTIVE CHAD WILSON,
Springdale Police Department (SPD);
DETECTIVE DANNY WRIGHT, SPD; and
DETECTIVE ROBERT NELSON, SPD                                                                DEFENDANTS

## ORDER

Plaintiff has filed a Motion (ECF No. 99) asking the Court to reconsider its dismissal of the Doe Defendants—Clint Doe and Nick Doe. (ECF No. 92). These Doe Defendants were dismissed as a matter of routine because Plaintiff had failed to comply with the Initial Scheduling Order (ECF No. 29) which required Plaintiff to identify these Defendants or file any motions to amend by December 20, 2022.

In the current Motion (ECF No. 99), Plaintiff says he has identified these Defendants to the best of his ability due to his incarceration. He points out he has identified Clint Doe as the Director of Phoenix House and Nick Doe as the Director of Returning Home. Plaintiff does not indicate why, despite his filing multiple motions on his own behalf, he did not seek the Court's assistance in further identifying these individuals prior to their dismissal. While *pro se* parties are given some latitude, they must still comply with the orders of the Court. In this single instance, the Court will **grant** the Motion to Reconsider (ECF No. 99). Plaintiff is warned that he must comply with any deadlines set by the Court and the Federal Rules of Civil Procedure and the Local Rules for the Eastern and Western Districts of Arkansas.

The **Clerk** is directed to add the following individuals as Defendants: (1) Clint Majors, Director of Phoenix House; and (2) Nick Robbins, Chief Executive Officer of Returning Home.

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve Defendants Clint Majors and Nick Robbins. Defendants should be served with the Amended Complaint (ECF No. 39) and the Supplement (ECF No. 41) to the Amended Complaint. Defendant Clint Majors may be served at Phoenix House, 703 N. Thompson, Springdale, AR 72764. Defendant Nick Robbins may be served at Returning Home, 703 N. Thompson, Springdale, AR 72764.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

**IT IS SO ORDERED** this 1st day of February 2023.

*s/* Christy Comstock
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE