IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KRISTOPHER MORGAN                                                                                  PLAINTIFF

v.                         Civil No. 5:22-cv-05130

DETECTIVE CHAD WILSON,
Springdale Police Department (SPD);
DETECTIVE DANNY WRIGHT, SPD;
DETECTIVE ROBERT NELSON, SPD;
CLINT MAJORS, Director of Phoenix
House; and NICK ROBBINS, Chief Executive
Officer of Returning Home                                                                        DEFENDANTS

## ORDER

Pending before the Court is a Motion for Discovery (ECF No. 121) filed by Plaintiff. Plaintiff seeks the following: (1) copies of documents from his criminal file *State v. Morgan,* 72CR-22-1288; and (2) access to the digital contents of the two discs provided him by the Defendants.

Attached to this Order are the following documents from *State v. Morgan,* 72CR-22-1288: (1) felony information; (2) post-arrest warrant; (3) motion for discovery; (4) motion to suppress; (5) arraignment order; (6) motion for dismissal; (7) motion to suppress; (8) letter from defendant (violation of Rule 15.4); (9) letter from defendant (failure to produce evidence); (10) letter from defendant (bill of particulars); (11) letter from defendant (right to speedy trial); and (12) nolle prosequi order.

With respect to Plaintiff's second request, on March 8, 2023, the Court entered an Order

(ECF No. 120) forwarding to the Warden by certified mail a flash drive, which the Court opened and reviewed without problems, along with step-by-step instructions on how to open and view the contends.   Therefore, Plaintiff's second request is moot.

For the reasons stated above, the Motion for Discovery (ECF No. 121) is **GRANTED in part and DENIED in part.**

**IT IS SO ORDERED** this 13th day of March 2023.

*s/ Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE