UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KRISTOPHER MORGAN                                                                                              PLAINTIFF

v.                                              No. 5:22-CV-5130

DETECTIVE CHAD WILSON, Springdale Police
Department; DETECTIVE DANNY WRIGHT,
Springdale Police Department; DETECTIVE
ROBERT NELSON, Springdale Police Department;
CLINT MAJORS, Director of Phoenix Recovery
Center; and NICK ROBBINS, Chief Executive Officer
of Returning Home                                                                                              DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 226) from United States Magistrate Judge Christy Comstock. Plaintiff filed objections (Doc. 231). The Magistrate Judge recommends granting Defendant Clint Majors's motion for judgment on the pleadings (Doc. 133), granting Defendant Nick Robbins's motion for summary judgment (Doc. 153), and granting in part and denying in part a motion for summary judgment (Doc. 163) filed by Defendants Wilson, Wright, and Nelson (collectively "the City Defendants"). Specifically, the Magistrate Judge recommends that Plaintiff's claims against Defendant Majors be dismissed without prejudice, that Plaintiff's claims against Defendant Robbins be dismissed with prejudice, and that all but one of Plaintiff's claims against the City Defendants be dismissed with prejudice. The sole claim against the City Defendants that the Magistrate Judge recommends preserving for trial is Plaintiff's claim that his cell phone was searched prior to issuance of a search warrant.

The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which

1

otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Clint Majors's motion for judgment on the pleadings (Doc. 133) is GRANTED, and all claims against him are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant Nick Robbins's motion for summary judgment (Doc. 153) is GRANTED, and all claims against him are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the motion for summary judgment (Doc. 163) filed by Defendants Wilson, Wright, and Nelson is GRANTED IN PART AND DENIED IN PART. Plaintiff's claim against them regarding the search of his cell phone prior to issuance of a search warrant is preserved for trial; all other claims against these Defendants are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 17th day of July, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE