UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KRISTOPHER MORGAN                                                                                               PLAINTIFF

v.                                              No. 5:22-CV-5130

DETECTIVE CHAD WILSON, Springdale Police
Department; DETECTIVE DANNY WRIGHT,
Springdale Police Department; DETECTIVE
ROBERT NELSON, Springdale Police Department                                                    DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 271) from United States Magistrate Judge Christy Comstock.  Plaintiff filed objections (Doc. 272).  The Magistrate Judge recommends granting the motion for summary judgment (Doc. 246) filed by Defendants Wilson, Wright, and Nelson (collectively "the City Defendants"), and that Plaintiff's claims against them be dismissed with prejudice.  The Magistrate Judge also recommends that Plaintiff's motion for summary judgment (Doc. 258) be denied, and that as a consequence of these rulings all other outstanding motions (Docs. 263, 269, 270) be deemed moot.

The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected.  *See* 28 U.S.C. § 636(b)(1)(C).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error.  The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the motion for summary judgment (Doc. 246) filed by Defendants Wilson, Wright, and Nelson is GRANTED, and all claims against them are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (Doc. 258) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion to compel (Doc. 269) and motion for electronic evidence and computer access (Doc. 270), as well as the motion to strike (Doc. 263) filed by Defendants Wilson, Wright, and Nelson are all MOOT.

As no claims remaining pending against any defendants in this case, judgment will be entered contemporaneously with this order.

IT IS SO ORDERED this 20th day of October, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE